SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JOSHUA D. N. HESS, Cal Bar No. 244115
jdhess@sheppard.com
JULIA C. ANDERSON, Cal Bar No. 353164
juanderson@sheppard.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415.434.9100
Facsimile: 415.434.3947

JASON A. WEISS, Cal Bar No. 185268
jweiss@sheppard.com
MEGAN T. BILBAO, Cal Bar No. 357247
MBilbao@sheppard.com
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

BRIDGET J. RUSSELL, Cal Bar No. 288107
brussell@sheppard.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendants
ALIGNMENT HEALTHCARE, INC., ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

HAKAN KARDES,

Plaintiff,

v.

ALIGNMENT HEALTHCARE, INC., ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER,

Defendants.

Case No. 8:26-cv-01764

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COUNT I OF PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

*[Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, and Proposed Order]*

Date: October 15, 2026
Time: 10:00 a.m.
Crtrm.: 10D

PLEASE TAKE NOTICE that on October 15, 2026, at 10:00 a.m. in Courtroom 10D, in the above-entitled Court, Defendants Alignment Healthcare, Inc., Alignment Healthcare USA, LLC, John Kao, Dawn Maroney, Robert Scavo, and Andreas Wagner (collectively referred to herein as "Defendants") will move this Court for an Order dismissing Count I, Violation of the Sarbanes-Oxley Act of 2002, Section 806 (18 U.S.C. § 1514A) of Plaintiff Hakan Kardes' Amended Complaint without leave to amend for being procedurally barred and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), relying in support on the accompanying memorandum of law in support thereof, all papers and pleadings on file in this action, and any other evidence and argument as may be presented in connection with the hearing on this motion.

This Motion is made on the following grounds:

1. Count I is time-barred pursuant to 18 U.S.C. § 1514A(b)(2)(D).

2. Count I is also barred as to Defendants Scavo, Maroney, and Wagner for failure to exhaust administrative remedies pursuant to 18 U.S.C. § 1514A(b)(1)(A) and 29 C.F.R. §§ 1980.103(a), (e).

3. Plaintiff further fails to state a plausible claim under Count I upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Defendants hereby seek dismissal of Count I of Plaintiff's Amended Complaint with prejudice

Pursuant to L.R. 7-3, counsel for the Parties met and conferred via Zoom seven days prior to filing this Motion on September 9, 2026. Plaintiff's counsel disputes that Count I is time barred, that Plaintiff failed to exhaust administrative remedies as to Defendants Scavo, Maroney, and Wagner, and that Plaintiff otherwise fails to state a plausible claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial

Notice, the records in this action, and any further evidence and argument that may be presented to this Court.

Dated: September 17, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Joshua D. N. Hess*
JOSHUA D. N. HESS
JULIA C. ANDERSON
JASON A. WEISS
MEGAN T. BILBAO
BRIDGET J. RUSSELL

Attorneys for Defendants
ALIGNMENT HEALTHCARE, INC.,
ALIGNMENT HEALTHCARE USA, LLC,
JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER