**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| HAKAN KARDES,<br><br>Plaintiff,<br><br>v.<br><br>ALIGNMENT HEALTHCARE, INC., ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER,<br><br>Defendants. | Case No.: 8:26-cv-01764-FWS-ADS<br><br>**DECLARATION OF JESSE SHERRETT IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE AND CONSOLIDATE THE OCTOBER 15 HEARING AND OCTOBER 22 SCHEDULING CONFERENCE WITH THE OCTOBER 29 HEARING** |

I, Jesse Sherrett, hereby declare and state as follows:

1. I am a partner at the law firm of Sterlington, PLLC, and I represent Plaintiff Hakan Kardes ("Kardes") in the above-captioned action. I have been admitted *pro hac vice* in this case.

2. I have personal knowledge of the statements made herein, and if called as a witness, I could and would competently testify under oath to the matters that I have set forth in this declaration.

3. I submit this declaration in support of Plaintiff's Unopposed Motion to Continue and Consolidate the October 15 Hearing and October 22 Scheduling Conference with the October 29 Hearing.

4. On August 18, 2026, Defendants Alignment Healthcare USA, LLC, Alignment Healthcare, Inc., John Kao, Dawn Maroney, Robert Scavo, and Andreas Wagner (collectively, "Defendants") filed a Motion to Compel Arbitration (Dkt. 28),

and a Motion to Dismiss Count I of Kardes's Complaint (Dkt. 29). Both were set for a hearing on September 24, 2026.

5. On August 18, 2026, the Court issued its Order Setting Rule 26(f) Scheduling Conference for October 22, 2026 (Dkt. 31).

6. On September 3, 2026, Kardes filed the First Amended Complaint ("FAC") as a matter of course (Dkt. 35). Kardes's FAC mooted Defendants' then-pending Motion to Dismiss, and the Court subsequently determined that the FAC also mooted Defendants' Motion to Compel Arbitration (*see* Dkt. 38).

7. On September 9, 2026, Defendants filed a Motion for Sanctions Pursuant to Rule 11, with a hearing set for October 8, 2026 (Dkt. 36).

8. On September 17, 2026, Defendants refiled their Motion to Dismiss, setting a hearing for October 15, 2026 (Dkt. 40).

9. On September 18, 2026, the Court consolidated the hearings for the Motion to Dismiss and the Motion for Sanctions such that both are set to be heard on October 15, 2026 (Dkt. 41). Both motions are now fully briefed.

10. On October 1, 2026, Defendants refiled their Motion to Compel Arbitration, setting a hearing for October 29, 2026 (Dkt. 44).

11. As a result of the above filings, the following hearing and conference dates are currently operative:

- October 15, 2026: Hearing on Defendants' Motion to Dismiss and Motion for Sanctions
- October 22, 2026: Rule 26(f) Scheduling Conference
- October 29, 2026: Hearing on Defendants' Motion to Compel Arbitration

12. The Parties conferred on possible consolidation of the pending motion hearings and the Scheduling Conference, and Defendants advised via email on October 5, 2026 that they do not oppose the requested continuance and consolidation.

13. Kardes previously requested an extension of his deadline to respond to Defendants' original Motion to Compel Arbitration, which the Court granted (Dkt. 34). The Court subsequently denied the Motion to Compel Arbitration as moot and without prejudice (Dkt. 38). On the operative motions and the Scheduling Conference, no previous request for a continuance has been made to, granted by, or denied by the Court. Continuing the October 15 hearing and the October 22 Scheduling Conference to October 29 would not affect any other deadline in this action and would support judicial and party economy by allowing the Court to hear the pending motions, which raise overlapping issues, and to hold the Scheduling Conference on the same date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026, at New York, New York.

*s/ Jesse Sherrett*
Jesse Sherrett