UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01764-FWS-ADS Date: October 26, 2026
Title: Hakan Kardes v. Alignment Healthcare, Inc., *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Damian Velazquez for Rolls Royce Paschal — Deputy Clerk

N/A — Court Reporter

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendants: Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBTIRATION [44]**

The court is in receipt of (1) Defendants' Motion to Compel Arbitration (Dkt. 44 ("Motion" or "Mot.")); (2) Plaintiff's Opposition to Defendants' Motion (Dkt. 50 ("Opp.")); and (3) Defendants' Reply (Dkt. 53). The court observes that in support of Plaintiff's argument that the arbitration agreement between the parties was procedurally unconscionable because it consisted of "standard forms imposed on continuing executives," Plaintiff offers evidence that other executives entered into agreements with identical language. (Opp. at 16 n.1.) Defendants argue that Plaintiff and other executives had an opportunity to review and negotiate the terms of the agreement. (Mot. at 11.) The court observes that Plaintiff disputes Defendants' characterization that he "had every opportunity to review, object to, or negotiate" the Agreement. (Opp. at 16.)

Based on the record, as applied to the applicable law, and in the court's discretion, *Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar."), the court **ORDERS** as follows:

///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01764-FWS-ADS Date: October 26, 2026
Title: Hakan Kardes v. Alignment Healthcare, Inc., *et al.*

1. Plaintiff is **ORDERED** to file a declaration on or before **October 29, 2026**, describing facts relevant to the procedural unconscionability argument, such as how the agreement was presented, how much time Plaintiff had to review the terms, and what negotiations, if any, occurred pertaining to the arbitration provision of the agreement or any other term of the agreement;
2. Defendants may file a declaration in response on or before **November 2, 2026**;
3. To accommodate the procedures described in this Order, the October 29, 2026, hearing on Defendants' Motion is **CONTINUED** to **November 5, 2026, at 10:00 a.m. in Courtroom 10D**.

**IT IS SO ORDERED.**