# EXHIBIT 1

Alignment Healthcare

Thursday, December 13, 2018

Hakan Kardes
5608 159th Pl SE
Bellevue, WA 98006

Subject: Summary of Offer of Employment

Dear Hakan Kardes,

Alignment Healthcare USA, LLC (the "Company") is pleased to make this offer of employment to you to serve as its Chief Data Officer, located in Orange, California. This letter sets forth the basic terms of the offer, which will govern your employment with the Company.

Your employment with the Company is tentatively scheduled to begin on January 7, 2019. Should you wish to adjust your start date, please notify me as soon as possible.

This is a Full Time, Exempt position. You will report to Scott Powers, President and Chief Operating Officer. Your initial rate of pay will be $300,000.00 per year payable in bi-weekly installments of $11,538.46, prorated for any partial employment period. All wages paid to you will be less legally required withholdings and deductions, and paid on Alignment Healthcare's regular paydays.

You will qualify for an incentive payment bonus program. The target amount will be 20% of your base salary with the opportunity to maximize your bonus up to 40% of your base salary. This bonus payment will be discretionary and based on a combination of achieving personal goals as communicated to you by your supervisor and company metrics.

You will receive a Relocation stipend of $100,000.00 net to cover your relocation expenses. It will be paid within thirty (30) days of the date you begin employment with the Company. IIf your employment is terminated for any reason within one (1) year of your effective date of employment with the company, you will be required to repay the Company the amount of your relocation bonus.

Subject to the approval of the General Partner of Alignment Healthcare Partners, LP, a Delaware limited partnership (the "Partnership") and your execution of the Required Agreements (as defined below), you will be offered the right to become a Class C Limited Partner of the Partnership and be issued a total of 180000 Class C Units (the "Class C Units"). Your admission to the Partnership as a Class C Limited Partner and issuance of the Class C Units, is subject to your execution and delivery of (i) a Joinder to the Limited Partnership Agreement of the Partnership and (ii) a Management Unitholder's Agreement with the Partnership (collectively the "Required Agreements"). The Required Agreements shall be in a form and substance specified by the Partnership in its sole discretion. Your rights and obligations as a Class C Limited Partner and with respect to the Class C Units shall be as set forth in the Required Agreements.

You will be eligible to participate in certain employee benefit plans, policies, and programs. The terms and conditions of your participation in the Company's employee benefit plans, policies, and programs shall be governed by the terms of each such plan, policy, or program. Our benefits, payroll, and other human resource management services are provided through TriNet Employer Group, Inc., a professional employer organization. As a result of the Company's arrangement with TriNet, TriNet will be considered your employer of record for these purposes and your managers here at the Company will be responsible for directing your work, reviewing your performance, setting your schedule, and otherwise directing your work at the Company.

Please be aware that your employment with the Company is "at will." This means that both the Company and you have the right to terminate the employment relationship at any time, for any reason, with or without prior notice or cause. This "at-will" aspect of your employment may not be changed or rescinded except by an individual written agreement signed by you and the Company's President. All employees, regardless of their status or duration of employment are required to meet and maintain company standards of performance and comply with all company policies.

On your first day of employment, please bring proof that you are legally authorized to work in the United States. In compliance with federal immigration laws, we must examine your identification and complete the Employment Verification Form I-9, before you can begin working for us. You will be provided with a copy of the Form I-9, with instructions required by the Immigration Reform and Control Act of 1986. Read the Form I-9 Instructions and List of Acceptable Documents carefully and bring the required identification with you when you report to work on January 7, 2019. Failure to bring the necessary identification will result in your not being able to start working on that day and if you fail to bring the necessary identification within three days from that date, our offer of employment will be withdrawn.

If these terms are acceptable to you, please sign and date the letter in the appropriate space at the bottom and return it no later than December 17, 2018. This offer is contingent upon satisfactory completion of a background check, verification of employment and education, reference check, verbal acceptance of this offer and proof of your employment eligibility in the United States. If applicable, this offer is also contingent upon satisfactory completion of the credentialing requirements & acceptance by our malpractice carrier and online registration with the Council for Affordable Quality Healthcare (CAQH) within 10 days of offer acceptance.

Hakan, we are most pleased to welcome you to the Company, and wish you all the best in your new position.

Sincerely,

Steve Orzeck

Vice President, Talent Acquisition

**I hereby accept the Company's offer of employment upon the terms and conditions set forth above.**

______________________________ ______________

**Signature** **Date**

**This offer of employment shall expire on December 17, 2018.**

*Make a copy of this letter for your records.*

*Disclosure Statement: This letter cannot amend your status as an "at-will" employee. Either you or the Company may terminate this employment relationship at any time by providing notice to the other.*