SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JOSHUA D. N. HESS, Cal. Bar No. 244115
jdhess@sheppard.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415.434.9100
Facsimile: 415.434.3947

JASON A. WEISS, Cal. Bar No. 185268
jweiss@sheppard.com
MEGAN T. POLOS, Cal. Bar No. 357247
Mpolos@sheppard.com
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

BRIDGET J. RUSSELL, Cal. Bar No. 288107
brussell@sheppard.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendants
ALIGNMENT HEALTHCARE, INC., ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

HAKAN KARDES,

Plaintiff,

v.

ALIGNMENT HEALTHCARE, INC., ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER,

Defendants.

Case No. 8:26-CV-01764

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Alignment Healthcare, Inc., Alignment Healthcare USA, LLC, John Kao, Dawn Maroney, Robert Scavo, and Andreas Wagner (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's November 3, 2026, order denying Defendants' Motion to Compel Arbitration (ECF No. 57), pursuant to the Federal Arbitration Act, 9 U.S.C. 16(a).

Alignment Health's Representation Statement is attached to this Notice pursuant to Ninth Circuit Rule 3-2(b).

Dated: November 9, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Joshua D. N. Hess
JASON WEISS
JOSHUA D. N. HESS
BRIDGET RUSSELL
MEGAN POLOS

Attorneys for Defendants ALIGNMENT HEALTHCARE, INC, ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, and ANDREAS WAGNER

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

ALIGNMENT HEALTHCARE, INC, ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER

Name(s) of counsel (if any):

Jason A. Weiss (Cal Bar No. 185268); Joshua D. N. Hess (Cal Bar No. 244115); Bridget J Russell (Cal Bar. No. 288107); Megan T. Polos (Cal Bar No. 357247)

Address: 650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626-1993

Telephone number(s): 714.513.5100

Email(s): jweiss@sheppard.com; jdhess@sheppard.com; brussell@sheppard.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

HAKAN KARDES

Name(s) of counsel (if any):

Jonathan Sherman (pro hac vice); Jesse Sherrett (pro hac vice); Brenton R. Babcock (Cal. Bar No. 162120)

Address: 530 Fifth Avenue, Suite 804, New York, NY 10036

Telephone number(s): 212.433.2993

Email(s): jonathan.sherman@sterlingtonlaw.com; jesse.sherrett@sterlingtonlaw.c

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*