**NOTE CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

HAKAN KARDES,

Plaintiff,

v.

ALIGNMENT HEALTHCARE, INC., ALIGNMENT HEALTHCARE USA, LLC, JOHN KAO, DAWN MARONEY, ROBERT SCAVO, AND ANDREAS WAGNER,

Defendants.

Case No. 8:26-cv-01764-FWS-ADS

**ORDER GRANTING JOINT STIPULATION EXTENDING ANSWER DEADLINE [58]**

Having reviewed and considered Plaintiff Hakan Kardes ("Plaintiff") and Defendants Alignment Healthcare, Inc., Alignment Healthcare USA, LLC, John Kao, Dawn Maroney, Robert Scavo and Andreas Wagner (collectively, "Defendants") (with Plaintiff, collectively the "Parties") Joint Stipulation Extending Answer Deadline [15] ("Joint Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Joint Stipulation, the court **APPROVES** the Joint Stipulation and **ORDERS** as follows:

1 **Notice of Appeal.** Defendants shall file their notice of appeal from the order denying their renewed motion to compel arbitration and stay on **November 9, 2026**.

2 **Motion to Stay.** Defendants shall file their motion to stay the entire action pending appeal on **November 16, 2026**.

3 **Deadline to Answer the SOX Claim.** Defendants' deadline to answer the SOX claim shall be extended pending the Court's ruling on their motion to stay the entire action. If the court denies the motion, Defendants shall file their answer to the SOX claim within **seven (7) days** after entry of the order denying the motion.

**IT IS SO ORDERED**.

Dated: November 13, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE